UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00017-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DAVID ESCOBAR-MENJIVAR, ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant David Escobar-Menjivar's ("Escobar") Motion to Dismiss (Doc. #23) filed July 13, 2009. On August 20, 2009, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #30) recommending that Defendant's Motion to Dismiss (Doc. #23) be denied.

On September 4, 2009, Defendant filed an Objection to Magistrate Judge Leen's Report and Recommendation (Doc. #31). Plaintiff United States of America filed a Response on September 16, 2009 (Doc. #32). On September 21, 2009, Defendant filed a Reply thereto (Doc. #33).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Defendant David Escobar-Menjivar's Objections (Doc. #31) are Overruled and Magistrate Judge Leen's Findings and Recommendations (Doc. #30) are **AFFIRMED** and Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (Doc. #23) is **DENIED**.

DATED: September 22, 2009.

_____
PHILIP M. PRO
United States District Judge